UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

    GRACE CHURCH REALTY CORP.,

                              Debtor.
----------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2015 OCT 26  P 12: 21

NOTICE OF MOTION

Case No. 15-22787(RDD)

    Upon reading and filing the affidavit of MICHAEL PADERNACHT, duly sworn on the 15 day of October, 2015 and upon all the pleadings and proceedings heretofore had herein,

    NOW, MICHAEL PADERNACHT, will move this Court on the 29th day of October, 2015 before the HON. ROBERT D. DRAIN, 300 Quarropas Stree, White Plains, New York 10601-4140, at 9:30 o'clock in the forenoon, or as soon thereafter as counsel can be heard, for an Order approving the commissions and fees of the Receiver, MICHAEL PADERNACHT, in the sum of $10,699.04 and for such other and further relief as the Court may deem just and proper.

Dated: October 16, 2015

                                  MICHAEL PADERNACHT, Receiver,
                                  *pro se*
                                  c/o Midas Management Assoc. Inc.
                                  3605 Sedgwick Avenue
                                  Bronx, New York 10463
                                  718-432-5044

TO:  KURZMAN MATERA, P.C.
      by Rosemarie E. Matera, Esq.
      Attorneys for Debtor
      664 Chestnut Ridge Road
      Spring, Valley, New York 10977
      845-352-8800

      SCOTT D. BRENNER, ESQ.
      Attorney for Cepeda Defendants

66 Reade Street, #2
New York, New York  10007
646-330-4725


MICHAEL H. LEVISON, ESQ.
PRYOR CASHMAN LLP
7 Times Square
New York, New York  10036
212-326-0432