UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re: **GRACE CHURCH REALTY CORP.**                          Case No. _____
        Debtor                                                 Reporting Period: **AUGUST 1, 2015 - AUGUST 31, 2015**

                                                               Federal Tax I.D. # **56-2532828**

### SINGLE ASSET REAL ESTATE COMPANIES

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

(the documents required to be filed pursuant to 11 U.S.C. Section 704(8) for Southern District of New York are due no later than 20 days after the end of the calendar month for which the report is filed.)

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Status of Post-petition Debts | MOR-4 (RE) | | |
| Copies of tax returns filed for the reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professionals | MOR-6 (RE) | | |
| Current Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Accounts Receivable | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____/s/ Juan Cepeda_____  - JUAN CEPEDA - PRESIDENT    Date: **11/20/15**

Signature of Authorized Individual* ____/s/ Juan Cepeda____                      Date: **11-20-15**
                                              - JUAN CEPEDA

Printed Name of Authorized Individual _____            Date: _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re **GRACE CHURCH REALTY CORP.**
Debtor

Case No. _____
Reporting Period: **AUGUST 1, 2015-AUGUST 31, 2015**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $76,810.50 | | | |
| **RECEIPTS** | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER **RENTAL INCOME** | $9,640.80 | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | |
| TOTAL RECEIPTS | $9,640.80 | | | |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER (ATTACH LIST) | $4,506.50 | **SEE BANK STATEMENT** | | |
| OWNER DRAW * | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE QUARTERLY FEES | $650.00 | | | |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | $5,156.50 | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | |
| CASH – END OF MONTH | $81,294.80 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |

FORM MOR-1 (REV)
2/2008
PAGE 1 OF 2

| In re GRACE CHURCH REALTY CORP. | Case No. |
|---|---|
| Debtor | Reporting Period: JULY 1, 2015-JULY 31, 2015 |

| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $5,156.50 |
|---|---|



Business Banking Statement
August 31, 2015
page 2 of 3

GRACE CHURCH REALTY CORP #15-22787
DEBTOR-IN-POSESSION OPERATING ACCT

| | |
|---|---:|
| Beginning balance 7-31-15 | $76,810.50 |
| 3 Additions | +9,640.80 |
| 2 Subtractions | -5,150.00 |
| Net fees and charges | -6.50 |
| Ending balance 8-31-15 | $81,294.80 |

### Additions

| Deposits Date | Serial # | Source | | |
|---|---|---|---|---:|
| 8-11 | | Deposit | Branch 0471 New York | $4,406.00 |
| 8-12 | | Deposit | Branch 0471 New York | 2,121.80 |
| 8-27 | | Deposit | Branch 0471 New York | 3,113.00 |
| | | Total additions | | $9,640.80 |

### Subtractions

Paper Checks          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | |
|---|---|---|---|---|---|---:|
| 1001 | 8-18 | $4,500.00 | 1002 | 8-17 | 650.00 | |
| | | | | | Paper Checks Paid | $5,150.00 |

### Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---:|
| 8-31-15 | Imaged Items With Statement Charge | 1 | 3.50 | -$3.50 |
| 8-31-15 | Paper Statement Fee | 1 | 3.00 | -3.00 |
| | Fees and charges assessed this period | | | -$6.50 |

8700

Print this Page



# Desktop Account Details Check Print Preview

**KeyBank Basic Business Checking**: ████████████
**Check #**: 1002
**Amount**: $650.00
**Paid Date**: 08/17/2015

## Check Front



GRACE CHURCH REALTY CORP #15-22787
DEBTOR-IN-POSESSION OPERATING ACCT
40 GRACE CHURCH ST.
PORT CHESTER, NY 10573-4852

1002

DATE 8/14/15

PAY TO THE ORDER OF  US Trustee    $650.—

Six Hundred Fifty Dollars 00/100    DOLLARS

KeyBank National Association
New Rochelle, New York 10801
1-888-KEY4BIZ  Key.com

FOR 08-15-22787

## Check Back

US TREAS DG-ECP

Print this Page



# Desktop Account Details Check Print Preview

KeyBank Basic Business Checking ████████████
Check #: 1001
Amount: $4,500.00
Paid Date: 08/18/2015

## Check Front

```
GRACE CHURCH REALTY CORP #15-22787                              1001
DEBTOR-IN-POSESSION OPERATING ACCT
40 GRACE CHURCH ST.
PORT CHESTER, NY 10573-4962
                                               DATE  8/11/15

PAY TO THE
ORDER OF   Cathy Bauk                              $ 4500—

   Four Thousand Five Hundred Dollars            DOLLARS

KeyBank National Association
New Rochelle, New York 10801
1-888-KEY4BIZ  Key.com
                                              [signature]
FOR _____
```

## Check Back