UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re: **GRACE CHURCH REALTY CORP.**
Debtor

Case No. _____
Reporting Period: **SEPTEMBER 1, 2015-SEPTEMBER 30, 2015**

Federal Tax I.D. # **56-2532828**

## SINGLE ASSET REAL ESTATE COMPANIES

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

(Monthly Operating Reports for Southern District of New York are due 15 days after the end of the month for the Southern District of New York.)

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | X | |
| Bank Reconciliation (or copies of debtor's bank statements) | MOR-1 CONT. | | |
| Copies of Bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Status of Post-petition Debts | MOR-4 (RE) | | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professionals | MOR-6 (RE) | | |
| Payments on Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Debtor in Possession | MOR-7 (RE) | | |
| (last item) | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor: _____ JUAN CEPEDA - PRESIDENT      Date 11-20-/15

Signature of Authorized Individual: _____      Date 11/20/15

Printed Name of Authorized Individual: - JUAN CEPEDA      Date

*Authorized Individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re **GRACE CHURCH REALTY CORP.**
Debtor

Case No. _____

Reporting Period: **SEPTEMBER 1, 2015-SEPTEMBER 30, 2015**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $81,294.80 | | | |
| **RECEIPTS** | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER RENTAL INCOME | $9,142.00 | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | |
| TOTAL RECEIPTS | $9,142.00 | | | |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER (ATTACH LIST) | $34,781.11 | **SEE BANK STATEMENT** | | |
| OWNER DRAW * | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | $34,781.11 | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | |
| CASH - END OF MONTH | $55,655.69 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |

FORM MOR-1 (RE)
2/2008
PAGE 1 OF 2

| In re | GRACE CHURCH REALTY CORP. | Case No. | |
|---|---|---|---|
| | Debtor | Reporting Period: | SEPTEMBER 1, 2015-SEPTEMBER 30, 2015 |

| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 0 |
|---|---|



**Business Banking Statement**
September 30, 2015
page 2 of 3

GRACE CHURCH REALTY CORP #15-22787
DEBTOR-IN-POSESSION OPERATING ACCT

| | |
|---|---:|
| Beginning balance 8-31-15 | $81,294.80 |
| 1 Addition | +9,142.00 |
| 6 Subtractions | -34,774.61 |
| Net fees and charges | -6.50 |
| **Ending balance 9-30-15** | **$55,655.69** |

### Additions

| Deposits Date | Serial # | Source | |
|---|---|---|---:|
| 9-9 | | Deposit   Branch 0471 New York | |
| **Total additions** | | | **$9,142.00** |
| | | | $9,142.00 |

### Subtractions

Paper Checks      * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 1003 | 9-3 | $25,000.00 | *1006 | 9-9 | 703.03 | 1008 | 9-17 | 5,651.19 |
| 1004 | 9-8 | 618.01 | 1007 | 9-17 | 2,302.38 | 1009 | 9-17 | 500.00 |

**Paper Checks Paid**                 **$34,774.61**

### Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---:|---:|---:|
| 9-30-15 | Imaged Items With Statement Charge | 1 | 3.50 | -$3.50 |
| 9-30-15 | Paper Statement Fee | 1 | 3.00 | -3.00 |
| | **Fees and charges assessed this period** | | | **-$6.50** |

9285

Print this Page

# Desktop Account Details Check Print Preview

KeyBank Basic Business Checking ~~████████████~~
Check #: 1006
Amount: $703.03
Paid Date: 09/09/2015

## Check Front



GRACE CHURCH REALTY CORP #15-22787
DEBTOR-IN-POSESSION OPERATING ACCT
40 GRACE CHURCH ST.
PORT CHESTER, NY 10573-4952

1006

DATE 9/02/15

PAY TO THE ORDER OF  United Water              $703.03
Seven Hundred Three              03  DOLLARS

KeyBank National Association
New Rochelle, New York 10801
1-888-KEY4BIZ  Key.com

FOR 055049163200000

## Check Back

BNYMELLON



Print this Page

# Desktop Account Details Check Print Preview

**KeyBank Basic Business Checking** ████████████
Check #: 1004
Amount: $618.01
Paid Date: 09/08/2015

## Check Front



GRACE CHURCH REALTY CORP #15-22787
DEBTOR-IN-POSESSION OPERATING ACCT
40 GRACE CHURCH ST.
PORT CHESTER, NY 10573-4952

1004

DATE 9/02/15

PAY TO THE ORDER OF VILLAGE OF PORT CHESTER — $618.01

Six Hundred Eighteen 01/xx DOLLARS

KeyBank National Association
New Rochelle, New York 10801
1-888-KEY2BIZ Key.com

902 978 767 885

## Check Back



Print this Page

# Desktop Account Details Check Print Preview

KeyBank Basic Business Checking ~~324611003447~~
Check #: 1003
Amount: $25,000.00
Paid Date: 09/03/2015

## Check Front

GRACE CHURCH REALTY CORP #15-22787
DEBTOR-IN-POSESSION OPERATING ACCT
40 GRACE CHURCH ST.
PORT CHESTER, NY 10573-4952

1003

DATE 9/02/15

PAY TO THE ORDER OF  Grace church Rty TAX ACCT   $ 25,000.—

Twenty Five Thousand Dollars — 00   DOLLARS

KeyBank National Association
New Rochelle, New York 10801
1-888-KEY4BIZ  Key.com

FOR Village TAX

⑆001003⑆

## Check Back

# Checking Account Details

Return to Account Details Page

**KeyBank Basic Business Checking** ~~324611003447~~
**Check #:** 1008
**Amount:** $5,651.19
**Paid Date:** 09/17/2015

DAD Version 2014.04 PROD1 build 20150823.1601

## Check Viewer

Front  Back  Large  Normal  Print Preview

GRACE CHURCH REALTY CORP #15-22787
DEBTOR-IN-POSESSION OPERATING ACCT
40 GRACE CHURCH ST.
PORT CHESTER, NY 10573-4952

1008

DATE 9/10/15

PAY TO THE ORDER OF: Cathay Bank        $5651.19

Five Thousand Six Hundred Fifty One 19/100 DOLLARS

KeyBank National Association
New Rochelle, New York 10801
1-888-KEY4BIZ  Key.com

FOR _____

#001008#

Note: You may print a copy of this check by selecting the "PrintPreview" link.

# Checking Account Details

Return to Account Details Page

**KeyBank Basic Business Checking** ~~3246110034~~
Check #: 1007
Amount: $2,302.38
Paid Date: 09/17/2015

DAD Version 2014.04 PROD1 build 20150823.1601

## Check Viewer

Front  Back  Large  Normal  Print Preview

```
GRACE CHURCH REALTY CORP #15-22787
DEBTOR-IN-POSESSION OPERATING ACCT                              1007
40 GRACE CHURCH ST.
PORT CHESTER, NY 10573-4952
                                              DATE  9/10/15
PAY TO THE
ORDER OF  Cathay Bank                                  $2302.38
Two Thousand Three Hundred Two 38/                     DOLLARS

KeyBank National Association
New Rochelle, New York 10801
1-888-KEY4BIZ  Key.com

FOR _____                  _____

#001007#    [routing]    [account]
```

Note: You may print a copy of this check by selecting the "PrintPreview" link.

# Checking Account Details

Return to Account Details Page

**KeyBank Basic Business Checking**: ~~924611003447~~
**Check #**: 1009
**Amount**: $500.00
**Paid Date**: 09/17/2015

DAD Version 2014.04 PROD1 build 2~~...~~

Check Viewer

Front  Back  Large  Normal  Print Preview

GRACE CHURCH REALTY CORP #15-22787
DEBTOR-IN-POSESSION OPERATING ACCT
40 GRACE CHURCH ST.
PORT CHESTER, NY 10573-4952

1009

DATE 9/16/15

PAY TO THE ORDER OF  Ysoly Post Control LLC    $500.-

Five hundred Dollars

KeyBank National Association
New Rochelle, New York 10801
1-888-KEY4BIZ  Key.com

FOR  Post control LLC

⑈00⬢1009⬢

Note: You may print a copy of this check by selecting the "PrintPreview" link.