Hearing Date: June 13, 2016
                           Hearing Time: 10:00 a.m.

Rosemarie E. Matera
Kurtzman Matera, P.C.
664 Chestnut Ridge Road
Spring Valley, New York 10977
845-352-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
In re:

| | |
|---|---|
| Grace Church Realty Corp., | Chapter 11 |
| Debtor. | Case No: 15-22787(RDD) |

-------------------------------------------------------------------------- x

**NOTICE OF MOTION FOR AN ORDER PURSUANT TO 11 U.S.C.
SECTION 331 AWARDING INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO
<u>KURTZMAN MATERA, P.C. ATTORNEYS FOR THE DEBTOR</u>**

  PLEASE TAKE NOTICE that based upon the application for interim compensation to Kurtzman Matera, P.C. ("Applicant") attorneys for Grace Church Realty Corp., the Debtor and Debtor in possession herein, during the period from June 9, 2015 through and including April 29, 2016 on file with the Clerk of the United States Bankruptcy Court; will move this Court before the Honorable Robert D. Drain, United States Bankruptcy Judge at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 on June 13, 2016 at 10:00 a.m. or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. Section 331 awarding fees and reimbursement of expenses to the Applicant as follows:

| <u>Applicant</u> | | <u>Fees</u> | <u>Expenses</u> |
|---|---|---|---|
| Kurtzman Matera, P.C. | | $23,961.62 | $ 876.79 |
| | Retainer | <u>$27,805.88</u> | <u>$1,717.00</u> |
| | | $51,767.50 | $2,593.79 |

and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that responsive papers, if any, should be filed with the Court, and served upon and received by the Office of the United States Trustee, 201 Varick Street, New York, New York 10014; Kurtzman Matera, P.C., attention: Rosemarie E. Matera, Esq., 664 Chestnut Ridge Road, Spring Valley, New York 10977, no later than seven (7) days prior to the return date set forth herein above. Responsive papers, if any, shall be in conformity with the Federal Rules of Bankruptcy Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

PLEASE TAKE FURTHER NOTICE, that the Application is on file with the Clerk of the Bankruptcy Court on its electronic docket located on the Court's official Internet website, **www.nyb.uscourts.gov.**

Dated: Spring Valley, New York
May 12, 2016

                Kurtzman Matera, P.C.
                Attorneys for Debtor-in-Possession

By: /s/ Rosemarie E. Matera
     Rosemarie E. Matera
     664 Chestnut Ridge Road
     Spring Valley, New York 10977
     (845) 352-8800